UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. FLOURNOY, BAS331,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>Defendant(s). | Case No. 21-cv-07989-CRB (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 13, 2022, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is "not in custody" at the Santa Rita Jail in Dublin, California. ECF No. 11 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 20, 2022

CHARLES R. BREYER
United States District Judge